Donald Peder Johnsen (011545)
dpj@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
Attorneys for defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin F. Strick, <u>et al.</u>, | ) No. 2:10-cv-01924-DGC |
| | ) |
| Plaintiffs, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| v. | ) |
| | ) |
| Orchard Medical Consulting, L.L.C., <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The defendants herein, by and through their undersigned counsel, and in accord with LRCiv 40.2(d), hereby provide notice that this matter has been settled. The parties will shortly forward to the Court an appropriate stipulation to dismiss, and an appropriate proposed order.

        DATED this 25th day of November, 2010.
        GALLAGHER & KENNEDY, P.A.
        By:<u>/s/ Donald Peder Johnsen</u>
         Attorneys for defendants

-1-

I certify that on this 25th day of November, 2010, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cyrus B. Martinez (021207)
Attorneys for plaintiff
/s/ Donald Peder Johnsen
2601703