IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robin F. Strick, et al., | ) | No. CV10-1924-PHX DGC |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Orchard Medical Consulting, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(a)(ii), and good cause appearing herefor,

IT IS HEREBY ORDERED that this action, and all of the plaintiffs' claims herein, be dismissed in their entirety, with prejudice and on the merits, and without awarding attorneys' fees, costs, or disbursements to any party.

Dated this 21st day of December, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge